ADOLPH FELDBLUM, Respondent, *v.* LAURELTON LAND COMPANY, Appellant.

Reported below, 151 App. Div. 24.
(Argued September 30, 1912; decided October 8, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 18, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to establish and foreclose a lien upon real property.

The motion was made upon the grounds that the Appellate Division had unanimously decided the judgment to be supported by the evidence, that the exceptions were frivolous, that no question of law was presented for review and that the appeal was taken for purposes of delay only.

*Adolph Feldblum* for motion.

*Clarence E. Thornall* opposed.

Motion denied, with ten dollars costs.